# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WAYNE SPINKS**                                                                                       **PLAINTIFF**

V.                              NO. 3:11–CV–00296–BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                       **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered on this 1st day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE